UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **TIMOTHY J. ISAACSON**

Case Number: 17-43838- MAR
Chapter 13
Debtor(s)                Judge RANDON

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

### ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,500.00** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3,500.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]

[ X ] Debtors plan payment shall be increased to $493.06 per week effective June 21, 2017.

[ X ] Creditor, Credit Acceptance Corporation, shall be paid as a Class 5.1 secured claim in the amount of $10,087.67 @ 5.5% interest payable at $330.70 per month for 32 months. The value of the 2010 Dodge Caravan shall be stated at $8,875.00.

[ X ] Debtor's changes to plan provision V.U. are hereby stricken and the standard cloud provision shall control.

[ X ] Attorney fees shall be paid $2,000.00 the first month and $500.00 per month thereafter until paid in full.

[X] Money orders #0563, 0562, 0703 and 9327 totaling $1,936.64 shall post by 7/5/17 or the case shall be dismissed upon Trustee affidavit with no further notice or hearing required.

**OBJECTIONS WITHDRAWN:**

For Creditor: /s/ Shakeena Melbourne
         **Credit Acceptance Corporation**

| | |
|---|---|
| /s/Margaret Conti Schmidt | /s/ Brian D. Rodriguez |
| STANDING CHAPTER 13 TRUSTEE | Attorney for Debtor(s): |
| Krispen S. Carroll (49817) | Brian D. Rodriguez P57194 |
| Margaret Conti Schmidt (P42945) | Acclaim Legal Services, P.L.L.C |
| Maria Gotsis (P67107) | 8900 E. 13 Mile Road |
| 719 Griswold Street | Warren, MI 48093 |
| 1100 Chrysler House | 248-443-7033 |
| Detroit, MI 48226 | filing@acclaimlegalservices.com |
| 313-962-5035 | |
| notice@det13ksc.com | |

.

**Signed on June 24, 2017**

                                              **/s/ Mark A. Randon**
                                              **Mark A. Randon**
                                              **United States Bankruptcy Judge**