IN RE: **TIMOTHY J. ISAACSON**

Case Number: 17-43838-MAR
Chapter 13
Judge RANDON

Debtors.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

/

## PROPOSED CHAPTER 13 PLAN MODIFICATION

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtor's Plan length is hereby extended from 48 months to 54 months for the purpose of curing the default in payments and to properly fund the Plan.

Debtor fell behind in his Plan payments due to being off of work for approximately 6 weeks. Debtor has recently obtained employment with a new employer and can properly fund his Plan.

Following is the effect of this modification on the following classes:

Class One: no adverse impact.
Class Two: n/a
Class Three: n/a
Class Four: no adverse impact.
Class Five: no adverse impact.
Class Six: n/a
Class Seven: no adverse impact.
Class Eight: n/a
Class Nine: no adverse impact.

Dated: February 28, 2018

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **TIMOTHY J. ISAACSON**

Case Number: 17-43838-MAR
Chapter 13
Judge RANDON

Debtors.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____ /

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtors' Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtor's Plan length is hereby extended from 48 months to 54 months for the purpose of curing the default in payments and to properly fund the Plan.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

IN RE: **TIMOTHY J. ISAACSON**

Case Number: 17-43838-MAR
Chapter 13
Judge RANDON

Debtors.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is 21 days after service.

If no timely objection is filed, the proponent of the Plan Modification may file a certificate of no objection and an order and the modified Plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the Plan Modification, the Trustee and any objecting parties. In that event, the Plan Modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 Plan Modification shall be served on the following:

        Krispen S. Carroll, Chapter 13 Trustee
        719 Griswold Street, Suite 1100
        Detroit, MI 48226

Dated: February 28, 2018

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

## ATTACHMENT 1

### LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 122,000.00 | 198,627.00 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 4,576.00 | 0.00 | 4,576.00 | 3,576.00 | 1,000.00 |
| JEWELRY | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| CASH/BANK ACCOUNTS | 10.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| VEHICLES | 5,200.00 | 10,100.00 | 0.00 | 0.00 | 0.00 |
| OTHER (itemize) | | | | | |
| Fidelity | 2.81 | 0.00 | 2.81 | 2.81 | 0.00 |
| 401(k): Morgan Stanley Smith Barney | 8,355.00 | 0.00 | 8,355.00 | 8,355.00 | 0.00 |
| Federal/State: 2017 pro-rated estimated refunds | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 |
| lawnmower, yard equipment | 300.00 | 0.00 | 300.00 | 300.00 | 0.00 |
| OTHER (total) | 10,157.81 | 0.00 | 10,157.81 | 10,157.81 | 0.00 |

| | |
|---|---|
| Amount available upon liquidation | $ 1,000.00 |
| Less administrative expenses and costs | $ 250.00 |
| Less priority claims | $ 8,233.00 |
| Amount Available in Chapter 7 | $ 0.00 |



17-43838-mar    Doc 42    Filed 02/28/18    Entered 02/28/18 15:18:26    Page 5 of 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  **TIMOTHY J. ISAACSON**

          Case Number: 17-43838-MAR
          Chapter 13

Debtors.           Judge RANDON

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROOF OF SERVICE

DEANNA L. RUNDE, hereby certifies that on February 28, 2018 she served a copy of the following documents electronically or by the United States Postal Service:

- Notice of Proposed Post-Confirmation Modification
- Proposed Order
- Proof of Service

upon:

    Krispen S. Carroll, Chapter 13 Trustee
    719 Griswold Street, Suite 1100
    Detroit, MI  48226

    All parties on the attached Matrix

Dated: February 28, 2018     /s/ Deanna L. Runde
                                           Deanna L. Runde
                                           Acclaim Legal Services, PLLC
                                           8900 E. 13 Mile Road
                                           Warren, MI 48093
                                           (248) 443-7033
                                           filing@acclaimlegalservices.com

Label Matrix for local noticing
0645-2
Case 17-43838-mar
Eastern District of Michigan
Detroit
Wed Feb 28 15:13:54 EST 2018

American Medical Collection Agency
4 Westchester Plaza, Ste. 110
Elmsford, NY 10523-1615

AssetCare LLC
2222 Texoma Parkway
Suite 180
Sherman, TX 75090-2484

Bayview Financial Loan
Attn: Customer Service Dept
4425 Ponce De Leon Blvd, 5th Floor
Miami, FL 33146-1873

Bayview Loan Servicing, LLC
ATTN: Cashiering Department
4425 Ponce De Leon Blvd Fl 5
Coral Gables, FL 33146-1837

BioTech Clinical Laboratory
25775 Meadowbrook
Novi, MI 48375-1849

Botsford Medical Imaging, PC
PO Box 33748
Detroit, MI 48232-3748

CU Recovery
26263 Forest Blvd.
Wyoming, MN 55092-8033

Capio Partners
2222 Texoma Pkwy, Ste 150
Sherman, TX 75090-2481

Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226-3314

City of Westland Water and Sewer
36300 Warren Road
Westland, MI 48185-2016

Clearview Solutions
3404 Harden Rd.
Raleigh, NC 27607-3306

Client Financial Services
209 South Alloy Drvie
Fenton, MI 48430-3401

Client Financial Services of Michigan
L-3725
Columbus, OH 43260-3725

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-8331

Dynamic Recovery
P.O. Box 25759
Greenville, SC 29616-0759

First Fed Credit Union
24700 Chagrin Blvd
Suite 2105
Beachwood, OH 44122-5662

Harper University Hospital
Department 5311
Carol Stream, IL 60122-5311

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Timothy J. Isaacson
1754 Tulip Lane
Westland, MI 48186-8633

Jj Marshall & Associ
6060 Collection Dr
Shelby Charter Township, MI 48316-4946

William D. Johnson
Acclaim Legal Services
8900 E. 13 Mile Rd.
Warren, MI 48093-2206

Jprecovery
20220 Center Ridge
Rocky River, OH 44116-3501

Karmanos Cancer Center
PO Box 674490
Detroit, MI 48267-4490

Richardo I. Kilpatrick
903 N. Opdyke Rd.
Suite C
Auburn Hills, MI 48326-2693

Meade & Associates
737 Enterprise Dr
Lewis Center, OH 43035-9438

Medical Center Emerg. Services
PO Box 96115
Oklahoma City, OK 73143-6115

Medicredit Inc.
Po Box 1629
Maryland Heights, MO 63043-0629

Mid-Michigan Collection
PO Box 130
Saint Johns, MI 48879-0130

Mid-Michigan Collection Bureau
PO Box 130
Saint Johns, MI 48879-0130

| | | |
|---|---|---|
| Kim Morden Rattet<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Nationwide Credit, Inc.<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Northstar Anes of of MI PLLC<br>PO Box 612371<br>Dallas, TX 75261-2371 |
| Palmer Gardens Condonimium Association<br>1759 Tulip<br>Westland, MI 48186-8634 | Parkside Cu<br>36525 Plymouth Rd<br>Livonia, MI 48150-1157 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Brian D. Rodriguez<br>8900 E. 13 Mile Road<br>Warren, MI 48093-2206 |
| (p)RUSSELL COLLECTION AGENCY<br>PO BOX 7009<br>FLINT MI 48507-0009 | D. Anthony Sottile<br>Sottile & Barile<br>P.O. Box 476<br>Loveland, OH 45140-0476 | Synergetic Communications<br>5450 NW Central #1000<br>Houston, TX 77092-2016 |
| TRS Recover Services, Inc.<br>PO Box 60022<br>City Of Industry, CA 91716-0022 | U.S. Attorney<br>211 W. Fort St<br>Detroit, MI 48226-3269 | United Collection Bur.<br>5620 Southwyck Blvd Street<br>Toledo, OH 43614-1501 |
| University Physician Group<br>16054 Collections Center Dr.<br>Chicago, IL 60693-0160 | Wilmington Savings Fund Society, FSB<br>c/o FCI Lender Services, Inc.<br>PO Box 27370<br>Anaheim, CA 92809-0112 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Russell Collection Agency, Inc<br>PO Box 7009<br>Flint, MI 48507 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC | (u)Credit Acceptance Corporation | (u)Wilmington Savings Fund Society, FSB |

End of Label Matrix
Mailable recipients   46
Bypassed recipients    3
Total                 49