UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **TIMOTHY J. ISAACSON**

Debtor.

Case Number: 17-43838 MAR
Chapter 13
Judge RANDON

ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## **STIPULATION FOR ENTRY OF AMENDED PAYMENT ORDER ATTACHED AS EXHIBIT A**

The undersigned parties hereby stipulate and agree to the entry of the Amended Payment Order attached hereto as Exhibit A.

Please note that the proposed Amended Payment Order is necessary as Debtor has new employment.

/s/ Brian D. Rodriguez
WILLIAM D. JOHNSON (P54823)
CHRISTOPHER W. JONES (P67955)
BRIAN D. RODRIGUEZ (57194)
8900 East Thirteen Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

Krispen Carroll, Standing Chapter 13 Trustee (P49817)
719 Griswold Street
Suite 1100
Detroit, MI 48226
313-962-5035
Notices@det13ksc.com

w/change

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **TIMOTHY J. ISAACSON**

Debtor.

Case Number: 17-43838 MAR
Chapter 13
Judge RANDON

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

_____/

**Social Security Number:** *8676

## AMENDED PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, the above Debtor and Krispen S. Carroll, Standing Chapter 13 Trustee, having stipulated and agreed to the entry of this Amended Payment Order pursuant to L.B.R. 1007-1(c)(1)(A)(4)(C)(E.D.M.),

IT IS HEREBY ORDERED that **Conti Corporation** (Payor), at (address) **6417 Center Drive, Attn: Payroll Dept., Sterling Heights, MI 48312-0000** immediately forward and make payable to:

**Chapter 13 Standing Trustee**
**P.O. Box 2018**
**Memphis, TN 38101-2018**

$493.06 [handwritten]

~~$482.44~~ per **Weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment, assignment, of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

EXHIBIT A