UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION–DETROIT

IN RE:                                  CHAPTER 13
TIMOTHY J ISAACSON                      CASE NO. 17-43838-MAR
 DEBTOR.                                JUDGE MARK A RANDON

_____/

ORDER MODIFYING PLAN

This matter having come on for hearing on 6/6/18, regarding *[ONLY*

*PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒     a Motion to Dismiss Case.

☒     Plan modification

The parties having agreed to the terms herein, based on the records

of the Court, the Court being otherwise sufficiently advised in the

premises; and there being no adverse impact upon any party by way

of this action, thus no notice is required to be given; now therefore:

IT IS HEREBY ORDERED that the Chapter 13 Plan is modified as follows

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The 2017 tax refund is due and owing until Trustee receives verification Debtor did not receive the refund.

☒ Debtor's plan shall be extended 56 months to cure the plan payment delinquency of $15,743.22.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

| | |
|---|---|
| /s/ Maria Gotsis | /s/ Brian Rodriguez |
| Krispen S. Carroll (P49817) | Brian Rodriguez (P57194) |
| Chapter 13 Trustee | Attorney for Debtor |
| Margaret Conti Schmidt (P42945) | ACCLAIM LEGAL SERVICES |
| Maria Gotsis (P67107) | 8900 E 13 MILE RD |
| 719 Griswold Street | WARREN, MI 48093 |
| 1100 Chrysler House | (248) 443-7033 |
| Detroit, Mi 48226 | filing@acclaimlegalservices.com |
| (313) 962-5035 | |
| notice@det13ksc.com | |

**Signed on June 09, 2018**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**